IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
FILED  X    LODGED ___
RECEIVED ___ COPY ___
        SEP 1 6 2003
CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

| | |
|---|---|
| Glenn W. Fearn, et al., ) | |
| Plaintiff(s), ) | |
| v. ) | CIV-02-2230-PHX-SMM |
| The United States Department ) of Justice, et al., ) | **JUDGMENT** |
| Defendant(s). ) | |

_____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**      **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this Court having granting Defendants' Motion to Dismiss, Plaintiffs take nothing. This Complaint and action are hereby dismissed for lack of subject matter jurisdiction.

DATED at Phoenix, Arizona, this 16th day of September, 2003.

                              RICHARD H. WEARE
                              DCE/Clerk of Court

                              By: _____
                                   Deputy Clerk

CIV-21 (7/94)